# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# CLARKSBURG DIVISION

| | |
|---|---|
| KAREN MAYLE, | ) |
| *Plaintiff* | ) Case No. 1:17-cv-00151-IMK |
| v. | ) Judge Irene M. Keeley |
| STANDARD INSURANCE COMPANY, | ) |
| *Defendant* | ) |

## JOINT NOTICE OF PENDING SETTLEMENT

Plaintiff, KAREN MAYLE by her attorney, Ethan Vessels, and defendant, STANDARD INSURANCE COMPANY, by its attorneys, Brian D. Morrison of Anspach Meeks Ellenberger LLP and Jacqueline J. Herring of Smith, von Schleicher & Associates, hereby submit their Joint Notice of Pending Settlement:

The Court is hereby advised that the parties have agreed to resolve this case pursuant to settlement. The parties are in the process of finalizing written settlement documents. Upon execution of the settlement documents, the parties will file a Stipulation of Dismissal, with prejudice. The parties anticipate filing the Stipulation within the next 30 days. All deadlines, hearings and matters can be removed from the Court's active docket.

Respectfully submitted,

By: /s/ Ethan Vessels (with consent)
    Attorney for Plaintiff,
    Karen Mayle

Ethan Vessels (WV Bar # 9543)
Fields, Dehmlow & Vessels LLC
309 Second Street
Marietta, Ohio 45750
P: 740-374-5346
ethan@fieldsdehmlow.com

By: /s/ Brian D. Morrison
    Attorney for Defendant,
    Standard Insurance Company

Brian D. Morrison (WV Bar # 7489)
ANSPACH MEEKS ELLENBERGER LLP
517 9th St. Ste. 1000
Huntington, WV 25701
P: 304-522-1138
bmorrison@anspachlaw.com

          By:  /s/ Jacqueline J. Herring (with consent)
               Attorney for Defendant,
               Standard Insurance Company

               Jacqueline J. Herring (IL 6282246)
               SMITH | VON SCHLEICHER + ASSOCIATES
               180 North LaSalle Street, Suite 3130
               Chicago, Illinois 60601
               P:  312-541-0300
               jackie.herring@svs-law.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## CLARKSBURG DIVISION

| | | |
|---|---|---|
| **KAREN MAYLE,** | ) | |
| | ) | |
| *Plaintiff* | ) | Case No. 1:17-cv-00151-IMK |
| | ) | |
| v. | ) | Judge Irene M. Keeley |
| | ) | |
| **STANDARD INSURANCE COMPANY,** | ) | |
| | ) | |
| *Defendant* | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2017, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will send notification of such filing on the following attorneys:

Ethan Vessels
Fields, Dehmlow & Vessels LLC
309 Second Street
Marietta, Ohio 45750
ethan@fieldsdehmlow.com

Jacqueline J. Herring (IL-6282246)
SMITH | VON SCHLEICHER + ASSOCIATES
180 N. LaSalle St. Suite 3130
Chicago, Illinois 60601
jackie.herring@svs-law.com

/s/ Brian D. Morrison
ANSPACH MEEKS ELLENBERGER LLP
517 9th St. Ste. 1000
Huntington, WV 25701
P:  304-522-1138 | F:  304-522-9528
bmorrison@anspachlaw.com
(WV Bar # 7489)